# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-1848 MRW | Date | April 12, 2021 |
| Title | Kevin Cox v. OTW Inc. | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER RE: NOTICE OF SETTLEMENT

Plaintiff's filed a notice of settlement in this case. (Docket # 8.) The previous order is DISCHARGED with no further consequence. The parties will submit a notice of dismissal by or before May 10, 2021.