# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1848 MRW | Date | April 16, 2021 |
|---|---|---|---|
| Title | Kevin Cox v. OTW Inc. | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice voluntarily dismissing this case with prejudice. (Docket # 10.) This action is dismissed with prejudice.